UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:Ronald and Donna Brissette | Case No. 08-60637-tjt |
| Ronald and Donna Brissette<br>Plaintiff | Hon. Thomas J. Tucker |
| | CHAPTER 13 |
| v. | |
| STERLING COAST TO COAST<br>FINANCIAL GROUP, INC.<br>Defendant | Adversary Case No.<br>09-04033-tjt |

_____/

## CERTIFICATE OF SERVICE

    I, Jesse R. Sweeney, counsel for the Debtor Joy Terry, hereby certify on the date listed to the left of my signature, I served a copy of the Debtor's SUMMONS IN AN ADVERSARY PROCEEDING AND COMPLAINT TO AVOID SECURITY INTEREST IN REAL PROPERTY LOCATED either electronically or by First Class United States Postal Service mail to all those at the below listed addresses, CT Corporation System being the Registered Agent appointed to receive service on behalf of STERLING COAST TO COAST FINANCIAL GROUP, INC. and The Corporation Company being the Registered Agent appointed to receive service on behalf of Irwin Home Equity.

| | |
|---|---|
| United States Trustee<br>211 W Fort Street, Suite 700<br>Detroit, MI 48226 | STERLING COAST TO COAST<br>FINANCIAL GROUP, INC.<br>2102 Business Center Drive #215<br>Irvine, CA 92612 |

| | |
|---|---|
| Chapter 13 Standing Trustee Tammy Terry<br>535 Griswold, Suite 2100<br>Detroit, MI 48226 | CT Corporation System<br>30600 Telegraph Road<br>Bingham Farms, MI 48025 |
| Irwin Home Equity<br>12677 Alcosta Blvd, Suite 500<br>San Ramon CA 94583-4427 | |
| THE CORPORATION COMPANY<br> 30600 TELEGRAPH ROAD STE 2345<br>BINGHAM FARMS   MI  48025 | |

DATE:___January 6, 2009___                                          /s/  Jesse R. Sweeney
                                                                              Jesse R. Sweeney (P60941)
                                                                              Sweeney Law Offices, P.L.L.C.
                                                                              Attorney for Debtor
                                                                              29777 Telegraph, Suite 2500
                                                                              Southfield, MI 48034
                                                                              (586) 909-8017
                                                                              sweeneylaw2005@yahoo.com